## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD. | Civil Action No. 6:21-cv-00017-ADA |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| JOLED INC. and ASUSTEK COMPUTER INC. | |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Samsung Display Co., Ltd. ("Samsung Display"), by and through the undersigned attorneys, complains and alleges the following against Defendants JOLED Inc. ("JOLED") and ASUSTeK Computer Inc. ("ASUSTeK") (collectively, "Defendants").

## NATURE OF THE ACTION

1.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.

2.    Samsung Display has filed this lawsuit to stop Defendants' unlawful infringement of Samsung Display's patented inventions and to obtain damages and other relief.

## THE PARTIES

3.    Plaintiff Samsung Display is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at 1, Samsung-ro, Giheung-gu, Yongin-si, Gyeonggi-Do, 17113, Republic of Korea. Samsung Display is a market leader in the research, development, and manufacture of organic light emitting diode ("OLED") displays.

4.      Upon information and belief, defendant JOLED Inc. ("JOLED") is a corporation organized and existing under the laws of Japan with its principal place of business located at MetLife Building 10F, Kandanishiki-cho 3-23, Chiyoda-ku, Tokyo, Japan, 101-0054. Upon information and belief, JOLED makes and sells OLED displays.

5.      Upon information and belief, ASUSTeK Computer Inc. ("ASUSTeK") is a corporation organized and existing under the laws of Taiwan with its principal place of business at 15 Li-Te Road, Beitou District, Taipei 112, Taiwan. Upon information and belief, ASUSTeK makes and sells computers, monitors, and other consumer electronic products, including products containing OLED displays supplied by JOLED.

6.      Upon information and belief, Defendants use, sell, and/or offer for sale within the United States, and/or import into the United States products containing OLED displays made by JOLED that infringe one or more claims of U.S. Patent No. 9,768,240 B2 ("the '240 Patent" or the "Asserted Patent"). Such products, and the OLED displays made by JOLED, are hereinafter referred to as the "Accused Products."

7.      For example, upon information and belief, Defendants use, sell, and/or offer for sale within the United States, and/or import into the United States the ASUS ProArt PQ22UC 21.6-inch 4K HDR OLED Professional Monitor containing an OLED display supplied by JOLED. According to an announcement on JOLED's website dated January 5, 2018, a JOLED 21.6-inch 4K high-resolution OLED display panel "will be used for 'ASUS ProArt™ PQ22UC" professional monitor:[1]

---

[1] JOLED to Start Providing OLED Display Samples to ASUS, JOLED (Jan. 5, 2018), https://www.j-oled.com/eng/customer/2018-1-05/.

> JOLED Inc. (headquartered in Chiyoda-ku, Tokyo; President and Representative Director: Nobuhiro Higashiiriki) has started offering its 21.6-inch 4K high-resolution OLED panel samples produced using the printing method to ASUSTeK Computer Inc. (ASUS), a Taiwan-based international computer hardware and consumer electronics company.
>
> JOLED's OLED display panel will be used for "ASUS ProArt™ PQ22UC," a professional monitor that ASUS plans to unveil at CES 2018.* ASUS states in their press release that "The top-of-the-line OLED technology with pure RGB stripes ensures color purity, and allows PQ22UC to deliver extremely high color saturation with 99% DCI-P3 coverage for greater color accuracy. ProArt PQ22UC also features true 10-bit color depth, achieving a contrast ratio of 1,000,000:1 for darker blacks and brighter whites. With a response time of up to 0.1ms, ProArt PQ22UC is the fastest monitor in the market and delivers outstanding, blur-free performance when displaying videos and other animated content with fast action."

8.    Information attached to an ASUS ProArt PQ22UC monitor commercially available in Texas indicates that it is made by ASUSTeK Computer Inc.



## JURISDICTION AND VENUE

9.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under the Patent Act.

10.    This Court has personal jurisdiction over Defendants. Defendant JOLED has established minimum contacts with the United States as a whole such that subjecting JOLED to

jurisdiction in Texas will not offend traditional notions of fair play and substantial justice. Upon information and belief, JOLED has purposely availed itself of the laws and protections of the United States by knowingly supplying OLED displays for incorporation into products to be sold, offered for sale, and used in the United States, the state of Texas, and this District. The claims for infringement arise out of or relate to this activity. JOLED has also purposely availed itself of the laws and protections of Texas by filing a patent infringement lawsuit in this District.

11.     Defendant ASUSTeK has established minimum contacts with the United States as a whole such that subjecting ASUSTeK to jurisdiction in Texas will not offend traditional notions of fair play and substantial justice. Upon information and belief, ASUSTeK has purposely availed itself of the laws and protections of the United States by knowingly supplying monitors and other electronics products to be sold, offered for sale, and used in the United States, the state of Texas, and in this District. ASUSTeK has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the state of Texas, and this District. ASUSTeK — directly or through intermediaries, subsidiaries, and/or agents — ships, distributes, offers for sale, and/or sells its products in the United States, the state of Texas, and this District. ASUSTeK has also voluntarily and purposefully placed one or more of its infringing products, as described below, into the stream of commerce with the knowledge or expectation that they will be purchased by consumers in the United States, the state of Texas, and this District. Samsung Display's claim for patent infringement arises directly from and/or relates to this activity.

12.     Venue is proper in this District under 28 U.S.C. §§ 1391(a)-(d) and 1400(b). JOLED and ASUSTeK are foreign corporations that do not reside in the United States, and may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

13.     Defendants are jointly and severally liable for infringing U.S. Patent No. 9,768,240. Defendants' liability stems from the same transaction or occurrence regarding the use, sale, and/or offer for sale in the United States and the importation into the United States of the Accused Products. Consequently, this action involves questions of law and fact common to all Defendants.

## THE ASSERTED PATENT

14.     On September 19, 2017, the USPTO duly and lawfully issued U.S. Patent No. 9,768,240 B2 ("the '240 Patent" or the "Asserted Patent"), entitled "Thin Film Transistor Array Substrate and Organic Light-Emitting Diode Display Including the Same." A true and correct copy of the '240 Patent is attached as Exhibit 1.

15.     The '240 Patent is directed to an improved design for a thin-film transistor (TFT) array substrate used in OLED displays.

16.     Samsung Display owns, by assignment, all rights, title, and interest in the '240 Patent.

## THE ACCUSED PRODUCTS

17.     The Accused Products are OLED displays made by JOLED and products incorporating them, including ASUS monitors manufactured by ASUSTeK containing such OLED displays, including but not limited to the ASUS ProArt PQ22UC 4K HDR OLED Professional Portable Monitor ("ProArt Monitor"), as shown below.[2]

---

[2] *See, e.g.*, <u>OLED Monitors In 2020: The Current Market Status</u>, DISPLAYNINJA (Nov. 23, 2020), https://www.displayninja.com/best-oled-monitor/; <u>ASUS ProArt PQ22UC 4K OLED Monitor: £4699, ~$5150</u>, ANANDTECH (Mar. 22, 2019 5:00 PM EST), (continued…)



18.     Upon information and belief, ASUSTeK registered, owns, and operates the Asus.com US domain (https://www.asus.com) and the ASUS Online Store (https://store.asus.com/us). According to the ICANN database,[3] ASUSTeK Computer Inc. is the Registrant and Administrator of the "asus.com" website domain:

**Contact Information**

**Registrant:**

**Name:** 徐上絡 ARIES HSU

**Organization:** 華碩電腦股份有限公司 ASUSTeK COMPUTER INC.

**Email:** DNS_ADMIN@ASUS.COM

**Mailing Address:** 台北市北投區立德路15號 No. 15, Li-Te Rd., Peitou, Taipei, Taiwan, 112, TW

**Administrative:**

**Name:** 徐上絡 ARIES HSU

**Organization:** 華碩電腦股份有限公司 ASUSTeK COMPUTER INC.

**Email:** DNS_ADMIN@ASUS.COM

**Mailing Address:** 台北市北投區立德路15號 No. 15, Li-Te Rd., Peitou, Taipei, Taiwan, 112, TW

---

https://www.anandtech.com/show/14123/asus-proart-pq22uc-4k-oled-monitor-5150-usd; ASUS PQ22UC Professional 4K UHD OLED Screen, PCMonitors (Mar. 22, 2019), https://pcmonitors.info/asus/asus-pq22uc-professional-4k-uhd-oled-screen/; Asus Announces 4K HDR OLED Monitor, flatpanelshd (Jan. 07, 2018), https://www.flatpanelshd.com/news.php?subaction=showfull&id=1515284612.

[3] https://lookup.icann.org/lookup

19.    ASUSTeK    advertises    the    ProArt    Monitor    on    its    U.S.    website (http://www.asus.com/us):[4]



ProArt PQ22UC 4K HDR OLED Professional Portable Monitor –
21.6-inch, 4K, OLED, 99% DCI-P3, 0.1ms Response Time, HDR-10,
HLG, Dolby Vision, △E<2, Hardware Calibration

• World's first 21.6-inch Pure RGB Stripe OLED panel delivers beautifully saturated, accurate color reproduction with 99% DCI-P3 color gamut
• True 10-bit color depth and 1,000,000:1 contrast ratio enables display of High Dynamic Range (HDR) content with deep blacks and accurate highlights
• Support multiple HDR formats, including HDR-10, HLG and Dolby Vision for lifelike visuals
• 0.1ms response time ensures the fastest image-rendering performance
• ASUS ProArt Calibration Technology offers advanced adjustments including a 14-bit lookup table for color accuracy and 5x5 grid uniformity testing
• Innovative detachable stand and foldable smart cases help creative pros to present artworks with most accurate colors in every occasion

20.    ASUS's U.S. website highlights the OLED panel of the ProArt Monitor among its key features:[5]

- "21.6-inch Pure RGB Stripe OLED panel delivers beautifully saturated, accurate color reproduction."

- "ProArt™ PQ22UC has a pure RGB Stripe OLED panel with billions of self-illuminating pixels that can be individually activated to reproduce truly lifelike pictures with deep blacks, natural colors and enhanced color contrast in high-luminance images."

21.    Upon information and belief, ASUSTeK offers to sell and sells the ProArt Monitor to consumers in the United States through its US website, store.asus.com:[6]

---

[4] https://www.asus.com/us/Monitors/ProArt-PQ22UC/overview/

[5] *Id.*

[6] https://store.asus.com/us/item/201906AM130000002



22.    ASUS's US website also provides hyperlinks to retailers that sell the ProArt Monitor. For example, website users are directed to purchase the ProArt Monitor from the ASUS US Store, Amazon.com, Staples.com, and B&H Photo Video:[7]



## COUNT I

## INFRINGEMENT OF THE U.S. PATENT No. 9,768,240

23.    Samsung Display hereby incorporates the allegations of Paragraphs 1 through 22 as fully set forth herein.

24.    Upon information and belief, defendant ASUSTeK has and continues to directly infringe the '240 Patent by making, using, selling, offering for sale in, and/or importing into the United States the Accused Products, including but not limited to the ProArt Monitor which uses

---

[7] https://www.asus.com/us/Monitors/ProArt-PQ22UC/wheretobuy/

the infringing OLED display supplied by JOLED, in violation of 35 U.S.C. § 271 without the permission, consent, authorization, or license of Samsung Display.

25.    For example, upon information and belief, ASUSTeK has infringed and continues to directly infringe at least claims 1 and 16 of the '240 Patent by making, using, selling, offering for sale in, and/or importing into the United States the ProArt Monitor which incorporates OLED displays manufactured and supplied by JOLED.

26.    Independent claim 1 of the '240 Patent recites:

A thin film transistor (TFT) array substrate comprising:

- a substrate;

- a driving TFT formed over the substrate and comprising a driving gate electrode, source and drain electrodes, and a driving semiconductor layer;

- a gate insulating film formed over the substrate to cover the driving semiconductor layer and insulate the driving semiconductor layer from the driving gate electrode;

- a storage capacitor comprising a first electrode electrically connected to the driving gate electrode and a second electrode formed over the driving TFT and formed over and insulated from the first electrode, wherein the source and drain electrodes of the driving TFT and the second electrode of the storage capacitor are separate electrodes;

- an interlayer insulating film formed over the driving TFT and at least partially covering the first electrode and insulating the first electrode from the second electrode; and

- a driving voltage line formed over the interlayer insulating film and configured to supply a voltage to the driving TFT,

- wherein the driving voltage line is formed on a same layer as the second electrode.

27.    Upon information and belief, ASUSTeK's ProArt Monitor, which incorporates an OLED display supplied by JOLED, meets each of the limitations of claim 1 as listed above.

28.    For example, ASUSTeK's ProArt Monitor includes a thin film transistor array substrate having a substrate as required by claim 1 of the '240 Patent. For example, as shown in

– 9 –

the images below, the Accused Products include an array of pixel circuits that are arranged on a substrate and contain thin film transistors ("TFTs").



Pixels





29.     As recited in claim 1 of the '240 Patent, ASUSTeK's ProArt Monitor includes a driving TFT formed over the substrate and comprising a driving gate electrode, source and drain electrodes, and a driving semiconductor layer as shown in the annotated image below.



30.     As recited by claim 1 of the '240 Patent, ASUSTeK's ProArt Monitor includes a gate insulating film formed over the substrate to cover the driving semiconductor layer and insulate the driving semiconductor layer from the driving gate electrode, as shown in the images below.





31.    ASUSTeK's ProArt Monitor also includes a storage capacitor comprising a first electrode electrically connected to the driving gate electrode and a second electrode formed over the driving TFT and formed over and insulated from the first electrode, wherein the source and drain electrodes of the driving TFT and the second electrode of the storage capacitor are separate electrodes, as shown in the annotated images below. The table shown below indicates the respective material composition and thickness of layers of the ProArt Monitor, where the S/D layer corresponds to the second electrode and the ACT layer corresponds to the driving semiconductor layer.





| Layer | 성분 | 두께 (Å) |
|---|---|---|
| Cathode | IZO | 860 |
| PDL | Acrylic resin (1차), Polyester(2차) | 6600 (TA 44.7˚) |
| Anode | Al/CuWO | 2163 |
| VIA | Acrylic resin | 45000 |
| Passi | SiNx | 1685 |
| S/D | Ti/Al/Ti | 480/5270/1350 |
| ILD | SiOx/SiNx | 3560/2720 |
| Gate | Mo | 3040 |
| G.I | SiOx | 760 |
| ACT | p-Si | 370 |
| Buffer | SiOx | 930 |

32.     ASUSTeK's ProArt Monitor includes an interlayer insulating film formed over the driving TFT and at least partially covering the first electrode and insulating the first electrode from the second electrode, as shown in the image below. The table shown below indicates the respective material composition and thickness of layers of the ProArt Monitor, where the ILD layer corresponds to the interlayer insulating film.



| Layer | 성분 | 두께 (Å) |
|---|---|---|
| Cathode | IZO | 860 |
| PDL | Acrylic resin (1차), Polyester(2차) | 6600 (TA 44.7˚) |
| Anode | Al/CuWO | 2163 |
| VIA | Acrylic resin | 45000 |
| Passi | SiNx | 1685 |
| S/D | Ti/Al/Ti | 480/5270/1350 |
| ILD | SiOx/SiNx | 3560/2720 |
| Gate | Mo | 3040 |
| G.I | SiOx | 760 |
| ACT | p-Si | 370 |
| Buffer | SiOx | 930 |

33.    ASUSTeK's ProArt Monitor also includes a driving voltage line formed over the interlayer insulating film and configured to supply a voltage to the driving TFT, as shown in the image below.



Driving voltage line formed on same layer as second electrode

Second Electrode



Second Electrode formed over Interlayer Insulating Film

Interlayer Insulating Film

34.     ASUSTeK's ProArt Monitor includes the driving voltage line formed on a same layer as the second electrode, as shown in the annotated images below.





35.    Dependent claim 16 of the '240 Patent recites "An organic light-emitting diode (OLED) display comprising i) a display region comprising a plurality of pixels and ii) a non-display region surrounding the display region, wherein each of the pixels comprises the TFT array substrate of claim 1."

36.    Upon information and belief, ASUSTeK's ProArt Monitor, which incorporates an OLED display supplied by JOLED, meets each of the limitations of claim 16 of the '240 Patent.

37.    For example, as required by claim 16 of the '240 Patent, ASUSTeK's ProArt Monitor includes an organic light-emitting diode (OLED) display comprising i) a display region

comprising a plurality of pixels and ii) a non-display region surrounding the display region, wherein each of the pixels comprises the TFT array substrate of claim 1.





38.    Upon information and belief, and as shown above in the example of ASUSTeK's ProArt Monitor, the Accused Products incorporate every limitation of at least claims 1 and 16 of the '240 Patent.

39.     By making, using, selling, offering for sale in, and/or importing into the United States the Accused Products, including ASUSTeK's ProArt Monitor, Defendant ASUSTeK directly infringes at least claims 1 and 16 of the '240 Patent.

40.     As a result of ASUSTeK's infringement of the '240 Patent, Samsung Display has and will continue to suffer irreparable harm.

### ADDITIONAL ALLEGATIONS REGARDING INDIRECT INFRINGEMENT

41.     Defendants have had knowledge of the '240 Patent at least since the filing of this action.

42.     Upon information and belief, at least as of the filing date of this Complaint and with knowledge of the '240 Patent, Defendants are infringing the '240 Patent under 35 U.S.C. § 271(b) by knowingly and intentionally inducing others to directly infringe the '240 Patent. For example, upon information and belief, Defendants induce end-users to directly infringe (literally and/or under the doctrine of equivalents) the '240 Patent by using the Accused Products, including ASUSTeK's ProArt Monitor, in the United States. Upon information and belief, Defendants take active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes at least claims 1 and 16 of the '240 Patent. Upon information and belief, Defendants are performing these steps, which constitute induced infringement with the knowledge of the '240 Patent and with the knowledge that the induced acts constitute infringement. Upon information and belief, Defendants are aware that the normal and customary use of the Accused Products by Defendants' customers would infringe the '240 Patent. Defendants' inducement is ongoing.

43.     Upon information and belief, at least as of the filing date of this Complaint and with knowledge of the '240 Patent, Defendants have also induced their affiliates and/or third-party manufacturers, shippers, distributors, retailers, or other persons acting on their or their affiliates'

behalf, to directly infringe (literally and/or under the doctrine of equivalents) the '240 Patent by importing into the United States and/or selling or offering to sell in the United States the Accused Products, including ASUSTeK's ProArt Monitor. Upon information and belief, Defendants take active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, sell, or offer to sell the Accused Products in a manner that infringes at least claims 1 and 16 of the '240 Patent. Upon information and belief, such steps by Defendants include, among other things, making or selling the Accused Products, including ASUSTeK's ProArt Monitor, outside of the United States for importation into or sale in the United States, knowing that such importation or sale would occur; and directing, facilitating, or influencing ASUSTeK's affiliates or third party manufacturers, shippers, distributors, retailers, or other persons acting on its or their behalf, to import, sell, or offer to sell the Accused Products in an infringing manner. Defendants perform these steps, which constitute induced infringement, with the knowledge of the '240 Patent and with the knowledge that the induced acts would constitute infringement. Defendants perform such steps in order to profit from the eventual sale of the accused products in the United States. Defendants' inducement is ongoing.

44.     Upon information and belief, at least as of the filing date of this Complaint and with knowledge of the '240 Patent, JOLED has been knowingly selling OLED displays to ASUSTeK, which has incorporated, and continues to incorporate, such OLED displays into products including the ProArt Monitor, thereby causing ASUSTeK to directly infringe under 35 U.S.C. 35 § 271(a) at least claims 1 and 16 of the '240 Patent.

45.     Upon information and belief, JOLED's OLED displays, including the OLED display used in the Accused Products such as ASUSTeK's ProArt Monitor, have no substantial non-infringing uses. JOLED's OLED displays are specially designed and have special features

that result in infringing use and have no substantial uses other than ones that infringe the '240 Patent. In particular, these OLED displays include a thin film transistor array substrate having a driving TFT comprising a driving gate electrode, source and drain electrodes, and a driving semiconductor layer, a gate insulating film formed over the substrate to cover the driving semiconductor layer and insulate the driving semiconductor layer from the driving gate electrode, a storage capacitor comprising a first electrode electrically connected to the driving gate electrode and a second electrode formed over the driving TFT and formed over and insulated from the first electrode, wherein the source and drain electrodes of the driving TFT and the second electrode of the storage capacitor are separate electrodes, and an interlayer insulating film formed over the driving TFT and at least partially covering the first electrode and insulating the first electrode from the second electrode; and a driving voltage line formed over the interlayer insulating film and configured to supply a voltage to the driving TFT.

46.    Upon information and belief, despite their knowledge of the '240 Patent, Defendants are intentionally marketing infringing products, including ASUSTeK's ProArt Monitor, and making recommendations for such products to customers (including through ASUS's U.S. website, https://www.asus.com/us/Monitors/ProArt-PQ22UC/overview/); relaying customer demands for new infringing monitors to its research and development team; providing technical training to resellers and distributors; and providing product design support, prototypes, and technical assistance to customers during the life cycle of infringing monitors. Upon information and belief, Defendants have actively encouraged and continue to actively encourage direct infringement of the '240 Patent by their affiliates, third-party manufacturers, shippers, distributors, retailers, or other persons acting on their or their affiliates' behalf through product design support, prototypes, marketing, and technical assistance.

47.    Upon information and belief, JOLED has been and continues to contributorily infringe under 35 U.S.C. § 271(c) at least claims 1 and 16 of the '240 Patent.

48.    Upon information and belief, JOLED has been knowingly selling OLED displays to ASUSTeK, which has incorporated, and continues to incorporate, such OLED displays into other infringing products, thereby causing ASUSTeK to directly infringe under 35 U.S.C. 35 § 271(a) at least claims 1 and 16 of the '240 Patent. Upon information and belief, JOLED's OLED displays have no substantial non-infringing uses. These OLED displays include a thin film transistor array substrate having a driving TFT comprising a driving gate electrode, source and drain electrodes, and a driving semiconductor layer, a gate insulating film formed over the substrate to cover the driving semiconductor layer and insulate the driving semiconductor layer from the driving gate electrode, a storage capacitor comprising a first electrode electrically connected to the driving gate electrode and a second electrode formed over the driving TFT and formed over and insulated from the first electrode, wherein the source and drain electrodes of the driving TFT and the second electrode of the storage capacitor are separate electrodes, and an interlayer insulating film formed over the driving TFT and at least partially covering the first electrode and insulating the first electrode from the second electrode; and a driving voltage line formed over the interlayer insulating film and configured to supply a voltage to the driving TFT.

49.    Upon information and belief, the OLED displays that JOLED has sold and/or provided to downstream parties, including at least ASUSTeK, embody a material part of the claimed invention of the '240 Patent, and infringe at least claims 1 and 16 of the '240 Patent. ASUSTeK has incorporated, and continues to incorporate, the OLED displays into at least the ProArt Monitor.[8] By contributing a material part of the Accused Products which are made, used,

_____

[8] *See supra* note 1.

sold, offered for sale in, and/or imported into the United States, JOLED has been and is now indirectly infringing the '240 Patent.

50.   Upon information and belief, ASUSTeK has been and is now directly infringing at least claims 1 and 16 of the '240 patent by making, using, selling, offering to sell, and/or importing monitors containing JOLED's OLED displays, in or into the United States.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Samsung Display prays for relief as follows:

A.  A judgment that each of the Defendants has infringed, directly or indirectly, at least claims 1 and 16 of the '240 Patent;

B.  A permanent injunction against Defendants, together with their subsidiaries, agents, officers, employees, directors, licensees, servants, successors, and assigns, from directly or indirectly infringing the '240 Patent;

C.  Compensatory damages in an amount commensurate with Defendants' infringement of the '240 Patent;

D.  Pre-judgment interest on all damages awarded to Plaintiff;

E.  Post-judgment interest on all sums awarded to Plaintiff from the date of the judgment;

F.  An award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

G.  Any and all other relief that the Court deems just and equitable.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues raised by this complaint.

Dated: January 8, 2021

*/s/ Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
**Shelton Coburn LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
Tel: +1 512 263 2165

Jeffrey Lerner (jlerner@cov.com)
  *(Application for pro hac vice to be filed)*
Jared Frisch (jfrisch@cov.com)
  *(Application for pro hac vice to be filed)*
Daniel Cho (dwcho@cov.com)
  *(Application for pro hac vice to be filed)*
Cody Reeves (creeves@cov.com)
  *(Application for pro hac vice to be filed)*
Lindsey Staubach (lstaubach@cov.com)
  *(Application for pro hac vice to be filed)*
**Covington & Burling LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: +1 202 662 6000

Michael Plimack (mplimack@cov.com)
  *(Application for pro hac vice to be filed)*
**Covington & Burling LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: +1 415 591 6000

Scott Schrader (sschrader@cov.com)
  *(Application for pro hac vice to be filed)*
**Covington & Burling LLP**
Foreign Legal Consultant Office
22nd Floor, Meritz Tower
382, Gangnam-daero
Gangnam-gu, Seoul
Republic of Korea
Tel: +82 2 6281 0000

Attorneys for Plaintiff Samsung
Display Co., Ltd.